CELIA M. RUIZ, SBN #87671
FORREST FANG, SBN #122805
SANDER VAN DER HEIDE, SBN #267618
RUIZ & SPEROW, LLP
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA AVILA,<br><br>PLAINTIFF,<br><br>VS.<br><br>UCSF STUDENT HEALTH & COUNSELING.<br><br>DEFENDANT. | CASE NO.:   CV-10-3072 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff Jessica Avila and the Defendant The Regents of the University of California, erroneously sued herein as "UCSF Student Health & Counseling," through its designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Date: December 22, 2010

By: _____
JESSICA AVILA
Pro Se

Date: December 27, 2010

RUIZ & SPEROW, LLP

By: _____
Sander van der Heide
Attorneys for Defendant
The Regents of the University of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton
12/28/10

STIPULATION OF DISMISSAL
Case No. CV-10-3072 PJH

1

CELIA M. RUIZ, SBN #87671
FORREST FANG, SBN #122805
SANDER VAN DER HEIDE, SBN 267618
RUIZ & SPEROW, LLP
2000 Powell Street, Suite 1655
Emeryville, CA 94608
Telephone: 510 594-7980
Fax: 510 594-7988

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA AVILA, | Case Number: CV-10-03072 VRW (EMC) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| UCSF STUDENT HEALTH & COUNSELING, | |
| Defendant | |

I, the undersigned, hereby certify that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Powell Street, Suite 1655, Emeryville, California 94608; that on August 20, 2010, I SERVED one true and correct copy of the attached:

*Stipulation of Dismissal with Prejudice*

by depositing said copies in the United States mail box at 2000 Powell Street, Emeryville, California 94608 in a sealed envelope with postage prepaid and addressed to such person at the address appearing hereafter:

Jessica Avila, Pro per
38 Gardenside Drive, Apt. #4
San Francisco, CA 94131

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 27, 2010, at Emeryville, California.

_____
Gretchen Trupiano